261 F.2d 109
 UNITED STATES of America, Appellant,
v.
William E. BLAND and Katherine Bland, Appellees.
 No. 7712.
 United States Court of Appeals Fourth Circuit.
 Argued Nov. 5, 1958.
Decided Nov. 13, 1958.
 
 John Gordon Underwood, Asst. U.S. Atty., Baltimore, Md. (Leon H. A. Pierson, U.S. Atty., Baltimore, Md., on brief), for appellant.
 Herbert S. Garten, Baltimore, Md., and James D. Nolan, Towson, Md., for appellees.
 Symone S. Spector, Baltimore, Md. (Julius A. Victor, Jr., Baltimore, Md., on brief), for Baltimore Federal Savings & Loan Ass'n, amici curiae.
 Before SOBELOFF, Chief Judge, HAYNSWORTH, Circuit Judge, and BOREMAN, District Judge.
 PER CURIAM.
 
 
 1
 The judgment below is affirmed upon the opinion of the District Court, reported in D.C.Md.1958, 159 F.Supp. 395.
 
 
 2
 Affirmed.